| PROB 22 [EDTN51] (1/98) | DOCKET NUMBER *(Tran. Court)* 1:12-CR-65-004 |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 3:13-00258-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Jack Lebron Wardlaw<br>2342 Glennridge Ridge<br>Columbia, Tennessee 38401 | Eastern District of Tennessee | Chattanooga |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Curtis L. Collier, United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: FROM 5-9-2013 | TO 5-8-2015 |

OFFENSE
Conspiracy to Engage in the Business of Dealing Firearms without a License, Title 18 U.S.C. § 371 and 18 U.S.C. § 922(a)(1)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____EASTERN____ DISTRICT OF ____TENNESSEE - CHATTANOOGA____

IT IS HEREBY ORDERED that pursuant to Title 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the ____Middle District of Tennessee - Nashville____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____          /s/ _____
Date                                             Honorable Curtis L. Collier, U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12-19-13                                     [signature]
Effective Date                            United States District Judge